UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

WCM,
also known as William C. Marceau,

    Plaintiff,

v.

U.S. Bank National Association ND, a North Dakota Corporation also known as U.S. Bank National Association,

    Defendant.

Civ. No. 11-480 (MJD/JJK)

**Order**

---

WCM, also known as William C. Marceau, 5400 Opportunity Court, Suite 150, Minnetonka, MN 55343, pro se.

Charles F. Webber, Esq., Erin L. Hoffman, Esq., Faegre & Benson LLP.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 20, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.	Plaintiff's Motion for Temporary Restraining Order (Doc. No. 21), is **DENIED**.


Date:  June 22, 2011

                                              s/Michael J. Davis
                                              MICHAEL J. DAVIS
                                              United States District Judge